# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USPS Priority Mail 9505 5137 2375 6012 1093 31<br>mailed to Angelica Vela, 514 Shockley Dr., DeSoto, TX 75115 | )<br>)<br>)  Case No.  4:25-MJ- 027<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail 9505 5137 2375 6012 1093 31 mailed to Angelica Vela, 514 Shockley Dr., DeSoto, TX 75115

located in the    Northern    District of    Texas, Fort Worth Division   , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances, proceeds or currency related to the sale or distribution of controlled substances, packaging material associated with the transportation of controlled substances via the U.S. Mail, and correspondence and other paraphernalia associated with the use or distribution of controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 843(b) | Possession with Intent to Distribute a Controlled Substance<br>Misuse of the U.S. Mail |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Xaviahn Bryant, U.S. Postal Inspector
*Printed name and title*

Sworn to me, over the telephone or other electronic means, and signed by me pursuant to Fed.R.Crim.P. 4.1.

Date:  January 20, 2026

*Judge's signature*

City and state:  Fort Worth, Texas    Jeffrey L. Cureton    United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT

1.      Your Affiant, Xaviahn Bryant, is currently employed as a United States Postal Inspector assigned to the Contraband Interdiction and Investigations Team (CI2) for the Fort Worth Division of the United States Postal Inspection Service (USPIS).  I have been employed with the USPIS since August 2018.  I am currently assigned to the USPIS North Texas Parcel Task Force (NTPTF). My duties include the investigation of illegal mailings and the receipt of controlled substances, possession of which violates Title 21, United States Code, Sections 841(a)(1) and 843(b).  I have participated in the interdiction of illegal drugs shipped via the U.S. Mail and have received training relative to criminal investigations and narcotics trafficking. All evidence related to this matter is maintained at the USPIS Fort Worth Division, Fort Worth, TX.

2.      This Affidavit is based upon my personal investigation and upon information received from other law enforcement officers and agents who are identified herein.  The information contained in this Affidavit may not be inclusive of all evidence or information available during the investigation.  This Affidavit is made in support of an application for the issuance of a search warrant for the following Priority Mail parcel (info as displayed on label):

TRACKING NUMBER #: 9505 5137 2375 6012 1093 31

| | |
|---|---|
| ADDRESSEE: | ANGELICA VELA<br>514 SHOCKLEY DR<br>DESTOT, TX 75115 |
| SENDER: | BARBARA DAVIS<br>2225 E INDIANOLA AVE<br>PHOENIX, AZ 85016 |
| DATE MAILED: | 1/12/2026 |
| CLASS OF MAIL: | PRIORITY MAIL |
| PLACE MAILED: | PHOENIX, AZ 85026 |
| POSTAGE AFFIXED: | $16.85 |
| APPROXIMATE WT: | 2 lb.(s) 4.10 oz.(s) |

**Affidavit in Support of Application for Search Warrant - Page 1 of 4**

The following is a photograph of the above-described parcel:



3.      I am aware through training and experience, as well as information from other Postal Inspectors with extensive experience in drug trafficking investigations, that the U. S. Mail is a common and preferred method of drug traffickers to ship their product.  The USPS Priority Mail Express, Priority Mail, and Ground Advantage are frequently used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases. Use of the U. S. Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

4.      I am also aware that drug traffickers often use fictitious return addresses and names on return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers.  Parcels containing illegal drugs often provide minimal information on the mailing label to avoid detection of a fictitious name or return address.  Drug traffickers commonly use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents, to interfere with any drug detection canine's ability to detect the narcotics. It is also common for drug traffickers to mail parcels from a different post office than the one located in the Zip Code area used on the return address, also to avoid detection of fictitious information.

5.      On January 14, 2026, investigators reviewed United States Postal Service (USPS) database information and identified an in-transit parcel believed to be

**Affidavit in Support of Application for Search Warrant - Page 2 of 4**

related to narcotics trafficking. On January 15, 2026, investigators intercepted the parcel at the DeSoto Post Office located at 229 S. Hampton Rd., DeSoto, TX 75115. For the possible indicators outlined above, the following reasons, and based upon my experience as a law enforcement officer, I suspect the parcel could contain illegal drugs, or the proceeds or money from the sales and purchases of illegal drugs.

6.   The parcel was mailed from a Zip Code in Phoenix, AZ 85026. The packaging of the parcel consists of a small white Priority Mail box. Investigators conducted computer database address verifications and found that the return address 2225 E. Indianola Ave., Phoenix, AZ 85016 does exist; however, the sender's name "Barbara Davis" does not associate with the address.

7.   Investigators also checked the database for records of the delivery address on the parcel. The database indicated the delivery address 514 Shockley Ave., DeSoto, TX 75115 does exist and the recipient's name "Angelica Vela" does associate with the address.

8.   On January 16, 2026, at the USPIS Office located in Fort Worth, TX investigators presented the suspect parcel, along with known neutral parcels, to narcotics detection dog "Luka" who is assigned to Officer Brantley of the North Richland Hills Police Department. "Luka" is a 5-year-old Belgian Malinois, last certified in June 2025 as a detection canine by the United Police Work Dog Association. Investigators witnessed "Luka" display behavior that Officer Brantley stated was a positive narcotic alert of the parcel, indicating it detected the presence of controlled substances inside/on the parcel.

9.   Based upon the foregoing facts and circumstances, I believe that controlled substances and/or money and proceeds from the illegal sales and purchases of controlled substances are contained in the above-described parcel, in violation of 21 U.S.C. §§ 841(a) and 843(b). Therefore, I request to search the parcel for any such controlled substances, proceeds, packaging material associated with controlled substances, or correspondence associated with the use or distribution of controlled substances, and if any such contraband be found therein, to seize the same.

I declare under penalty of perjury that the foregoing is true and correct.

*Xaviahn Bryant*
Xaviahn Bryant
Postal Inspector

**Affidavit in Support of Application for Search Warrant - Page 3 of 4**

United States Postal Inspection Service

Sworn to me, over the telephone or other electronic means, and signed by me pursuant to Fed.R.Crim.P. 4.1 on this  20th    day of January 2026 at  1:48   p.m. in Fort Worth, Texas.

_____
United States Magistrate Judge
Jeffrey L. Cureton